UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | **NOTICE OF APPEARANCE** |
| Justo Reyes | Case No.: 16-22556-rdd |
| | (Chapter 13) |
| Debtor. | |
| | Assigned to: |
| | Hon. Robert D. Drain |
| _____ | Bankruptcy Judge |

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Wells Fargo Bank, N.A. dba America's Servicing Company in the within proceeding with regard to its interest in the property known as 90 Lakeview Avenue, Hartsdale, NY 10530.

     Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    August 17, 2016
               Williamsville, New York

                                               Yours,
                                               GROSS POLOWY, LLC
                                               Attorneys for Wells Fargo Bank, N.A. dba America's Servicing Company

                                               Ehret A. VanHorn, Esq.
                                               Gross Polowy, LLC
                                               1775 Wehrle Drive, Suite 100
                                               Williamsville, NY 14221
                                               Telephone (716)204-1700

TO:

By ECF:

    Clerk, United States Bankruptcy Court
    Southern District Of New York

    Todd S. Cushner, Esq.           Attorney for Debtor

    Jeffrey L. Sapir, Esq.            Chapter 13 Trustee