

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

October 13, 2016

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 118
White Plains, NY 10601

Re:         Justo Reyes
Case No.    16-22556-rdd
Loan No.    …………..6168

Dear Judge Drain:

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank, N.A. dba America's Servicing Company (the "Servicer") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    On September 20, 2016 our firm filed the creditor loss mitigation affidavit.

    If there are any questions, please feel free to contact me directly at 716-204-1781.

    Very truly yours,

    By:    *S/Dennis Jose, Esq.*

cc.    Todd S. Cushner Esq
      ECF and Email