

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

January 23, 2017

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 118
White Plains, NY 10601

Re:       Justo Reyes
Case No.  16-22556-rdd
Loan No.  ...4848

Dear Judge Drain:

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank N.A. DBA as ASC (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    The most recent financial submission by the Debtor was received on December 28, 2016. Our office reached out to the debtor's counsel on or about December 29, 2016 for additional information and await the same.

    If there are any questions, please feel free to contact me directly at 716-204-1781.

Very truly yours,


By:   *S/Dennis Jose, Esq.*

cc.   ECF and Email
      Linda M. Tirelli, Esq.