

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

June 19, 2018

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 118
White Plains, NY 10601

Re:        Justo Reyes
Case No.   16-22556-rdd
Loan No.   **4848

Dear Judge Drain:

     Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank NA (henceforth "Wells Fargo") pursuant to the Southern District of New York Loss Mitigation Program Procedures in relation to the loss mitigation effort on the above-captioned loan.

     We are appearing at the loss mitigation hearing scheduled for July 11, 2018. Please accept this as an explanation of the modification decision made by the Servicer to decline the loan for all modification options. In short, the loan was denied due to having a negative Net Present Value (NPV). As further described below, the loan servicer's business reasoning for not offering a loan modification to the Debtor is sound and well supported.

     After a comprehensive review of the entire file history, it was determined that the likelihood of re-default was extremely high. The loan has been declined for all options and a full reinstatement is the borrower's remaining option to retain the property. Wells Fargo has reviewed the offer made at the May 23rd 2018 conference and does not consider a $50,000 contribution as acceptable as it does not even cover 25% of the delinquent escrow which is $209,950 that the lender has been responsible for during the borrowers extended delinquency.

     Wells Fargo has strong reason to believe the property is vacant based on recent property preservation report in April 2018 which noted the water is turned off and house entry is secured.

     The borrower has been reviewed for modification a total of 12 times from January 2008 through May 2018. Wells Fargo approved a trial for a HAMP modification in January 2011, however, after 4 months the Debtor was unable to clear title issues and the HAMP trial was ultimately declined. Seven additional applications were reviewed and resulted in a denial. The other four applications were removed from review as the required documentation to complete a review was never provided by the Debtor and therefore Wells Fargo could not complete a comprehensive review.

     Wells Fargo reviewed Debtor's most recent application for a loan modification, the Debtors gross monthly income was $9,718.08; the property was valued at $560,000; the Debtors' existing monthly mortgage payment comprising of principal, interest, taxes and insurance ("PITI") is $4,869.07 and there is a total of $544,769.20 in past due payments owed on the mortgage loan. The first step in the modification waterfall is to waive delinquent interest and late charges, which totaled $442,077.53. Delinquent escrow and recoverable advances totaled

$234,476.29 would also be deferred. Interest rate was reduced to 2.625% and remaining term extended to 360 months. The current pre-modification payment is equal to 50.104% of monthly income and after solving to an affordable post-modification payment the modified payment resulted in Negative NPV of ($51,757.47).

Furthermore, as a courtesy and as part of the most recent review, Wells Fargo conducted a hypothetical loan modification review to determine whether the denial would change if income was increased. The hypothetical loan modification review used a cash flow of $11,800. Upon completion of this hypothetical review, it was determined the loan would still remain declined for net present value ("NPV"). The NPV test is an industry standard that was set up under the Treasury HAMP guidelines. A key factor in the calculation is the probability of re-default and the likelihood of re-default in this case is extremely high, due to only 7 payments being made out of a possible 140 payments. In addition to the determination of affordability, Wells Fargo also considers multiple other factors, including but not limited to the value of the property as compared against the outstanding loan balance, credit score, and the cost of carrying a mortgage loan in default for nearly 11 years. In addition, if approval could be granted, the borrower would be responsible for the modified unpaid principle balance plus a balloon would be created for the deferred and forborne amounts in the total of $234,476.29 for total due amount of $800,858. This would put the borrower at a loan to value ratio of 143.01%. Although ultimately irrelevant since Wells Fargo cannot offer modifications based on hypothetically increased income, Wells Fargo offers this information in good faith to show that all options were considered and exhausted.

Based on the history of the file and in review of tax returns from 2007 through 2016, the borrower's income has stayed at a certain level, which is not sufficient to pay the mortgage. If the borrower was in a position to be able to afford the modified payment long term, it is Wells Fargo's assessment that an increase in the income would have been seen prior to now. According to the debtors Mortgage Assistance Application, the debtor has been with his current wage employer for the past 28 years and has been in the real estate business prior to origination of this loan.

In summary, Wells Fargo has reviewed the debtor a total of 12 times with repeated results of denial. The customer's income has remained relatively consistent throughout the term of the delinquency. Based on the severity of the delinquency, any modification would result in a significant balloon and create further inequity. Considering all these factors, Wells Fargo is not willing to offer a modification. If there are any questions, please feel free to contact me directly at 716-204-1781.

Very truly yours,
Gross Polowy, LLC as counsel to Wells Fargo Bank NA

By: S/*Dennis Jose, Esq.*

cc. Linda Tirelli Esq
By: Mail

Encl: Correspondence dated 05/24/18

JUSTO REYES
PO BOX 466
BRONX, NY 10451



May 24, 2018

JUSTO REYES
PO BOX 466
BRONX, NY 10451

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | P.O. Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan Number: | ▮▮▮▮▮▮▮▮ |
| Property Address: | 90 LAKEVIEW AVE |
| | HARTSDALE, NY 10530 |

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S). Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Subject: Your request for assistance

Note: We service the mortgage on behalf of the investor, CMLTI 2007-AHL1.

Dear JUSTO REYES:

We're responding to your request for assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate your patience while we reviewed your options.

**We're able to approve you for a short sale.** We recognize that this may be a different outcome than the one you requested. Please contact us so that we can help you understand the possible benefit of a short sale.

We reviewed your loan for other assistance options at the time we determined that you were eligible for a short sale. You can find out more about that review in the "Other assistance options results" section.

A short sale allows you to sell the property at a price less than the amount needed to pay the mortgage in full. What this means for you:
- You may be able to sell the home for less than full payoff on the mortgage.
- You may be able to transition out of the home without going through the foreclosure process.
- The obligation to repay the mortgage balance may be released.

Be sure to speak with your tax and legal advisor about the implications of a short sale.

**If you are interested in participating in a short sale contact us within 14 days from the date of this letter.**
Call us at 1-800-416-1472.
Or, you may also sign, date, and return the attached form.
Mail:
Wells Fargo Home Mortgage
1000 Blue Gentian Road
Suite 300 MAC X9999-01N
Eagan, MN 55121
Fax: 1-866-590-8910

**What happens next if you choose a short sale:**
- We'll provide you with a 45-day marketing period to market your property for sale and receive an offer from a buyer, if one has not already been received.
- You'll want to contact a real estate agent to list your property for sale, if it is not currently listed.
- We'll assign you a Wells Fargo representative that specializes in short sales. They will work closely with you and your real estate agent to keep you informed.

If you would like to learn about transferring ownership of your home to Wells Fargo voluntarily, known as a deed in lieu of foreclosure, contact us for more information.

**Other assistance options results**
We reviewed your loan for the following other assistance options.

**Here's what we found**
We carefully reviewed the information you provided us, which included a process that compared your information to the qualifications for assistance associated with your loan. Here is the result of that review.

| Program | How the program works | Why you are not eligible at this time |
|---|---|---|
| Proprietary Step Rate Program | This program modifies the existing loan terms to temporarily lower monthly payments over a specified period of time. If the modification of the loan terms includes reducing the interest rate, the rate will gradually increase over a specified period of time. | We are unable to modify your mortgage based on the results of your net present value (NPV) evaluation. |

Once we determined that you did not meet the requirements for a particular program, we did not continue to evaluate that program based on other criteria related to your loan type or information you may have supplied. Instead we moved to evaluate you for the next available program based on your information and the qualifications associated with your loan.

**What is NPV?**
NPV compares the outcome if your loan is modified to the outcome if your loan is not modified, in order to calculate its value. We use information provided by you and obtained from your loan file to complete your NPV evaluation. If the comparison is positive, your modification can be approved. If the comparison is negative, your modification cannot be approved.

In this case, your mortgage cannot be modified for some programs based on the results of your NPV evaluation. Below you will find your monthly gross income and property value used to calculate your NPV on 5/22/2018.
Monthly Gross Income: $9,718.00
Property Value: $560,000.00

If you believe our decision on your eligibility for assistance is incorrect, you can appeal within 20 calendar days from the date of this letter. You can follow the instructions outlined in the enclosed Appeal Request Form.

Please be advised that because you are in mediation or court ordered modification review there may be different deadlines than what is referenced in this document. Please contact us to learn more about the state specific mediation timelines.

**We're here for you**
If you have any questions about the information in this letter please call me at the phone number listed below.

Sincerely,

ANGELA BURT
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 855-716-0537 ext: 1335427017
Fax:1-866-590-8910

**Contact us**
If you'd like to request information, notify us of an error, or share any concerns you may have about the servicing of your loan, please contact us at P.O. Box 10335, Des Moines, IA 50306. Please include your account number with all correspondence.

Get free counseling to help manage expenses and avoid foreclosure. Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287 (TDD 1-800-877-8339). You can also call HOPE Hotline at 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2017 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



# Agreement to participate in a short sale

Loan Number:

You may call us or sign, date, and return this form.

      Mail:   Wells Fargo Home Mortgage
                1000 Blue Gentian Road
                Suite 300 MAC X9999-01N
                Eagan, MN 55121

      Fax:   1-866-969-0103

Your next steps after you contact us
- Contact a real estate agent to list your property for sale if it is not currently listed.
- Once you've selected a real estate agent, we will need your consent to discuss the short sale with them.

**I agree to participate in a short sale.**

_____    _____    _____
JUSTO REYES                            Your signature                        Date

May 24, 2018



# Appeal request form

Loan Number: ▮

**What you need to do**
If you believe our decision on your eligibility for assistance is incorrect, you can appeal within 20 calendar days from the date of this letter.

You can request an appeal by fax, mail, or phone:

| By fax: | By mail: | By phone: |
|---|---|---|
| Fax number:<br>1-866-590-8910 | Return address:<br>Wells Fargo Home Mortgage<br>MAC X9999-01N<br>1000 Blue Gentian Road<br>Suite 300<br>Eagan, MN 55121 | Toll-free number:<br>1-877-816-4914<br>and follow the prompts<br><br>Be sure to have your loan number. |

If you choose to submit your appeal request in writing (via fax or mail), you can either use this appeal request form or write a letter of your own that explains the reason you believe our decision is incorrect. Include any additional information or documents that may help us review your appeal. Be sure to write your loan number on all documents. We'll review your appeal request based on the information you have provided (if applicable), or on the information we already have. After we receive your appeal request, you'll receive a confirmation letter with next steps.

1. Please state which decisions you believe are incorrect and why:
   _____
   _____
   _____

2. Please enclose any additional information you may have that supports your appeal.

3. If you are disputing the property value used in our decision, please state the value you believe to be correct:
   _____

4. Provide your contact information:

   Primary contact phone: _____
   Other contact numbers: _____
   _____

   Best days and times to reach you: _____

5. Fax or mail your appeal request to us as indicated at the top of the form.

# Net Present Value (NPV) Input Data Fields and Values

### Respond with any updates or changes
We're providing you with the specific inputs that were used in your NPV calculation. As you can see, some of the values are based on information that you provided to us as well as information we secured from your loan history file and third-party resources, such as credit bureaus.

| Input Data Fields | Explanation |
|---|---|
| **I. Borrower Information** | |
| 1. Current Borrower Credit Score | This is your credit score as provided by one or more of the three national credit reporting agencies.* |
| 2. Current Co-borrower Credit Score | If a co-borrower is listed on your mortgage, this is the co-borrower's credit score as provided by one or more of the three national credit reporting agencies.* |
| 3. Monthly Gross Income | This is the total monthly income of all borrowers on your mortgage before any payroll deductions or taxes are taken out. |
| *Note: A proxy score of 557 may be used if a credit bureau score is unavailable. A minimum score of 250 will be used if the credit bureau score received from the credit bureau agency is below 250. | |
| **II. Property Information** | |
| 4. Property- State | This is the two-letter state code of the property securing the mortgage you are requesting to modify. |
| 5. Property- Zip Code | This is the zip code of the property securing the mortgage you are requesting to modify. |
| 6. Property Value | This is the estimated fair market value of the property securing the mortgage you are requesting to modify. |
| 7. Property Valuation Type | This identifies the method by which the property securing the mortgage you are requesting to modify was valued based on the Property Value (Field 6).<br><br>1. - Automated Valuation Model (AVM)<br>2. - Exterior Broker Price Opinion (BPO) /Appraisal (as is value)<br>3. - Interior BPO /Appraisal (as is value) |
| 8. Occupancy | This code identifies the occupancy status of the property securing the mortgage you are requesting to modify. A code **1, 3** or **4** is used for owner- occupied properties and a code **2** is used for properties that are not owner occupied. |
| **III. Mortgage Information** | |
| 9. Data Collection Date | This is the date we collected the unpaid principal balance and other data used in this NPV analysis. |
| 10. Imminent Default Flag | This is your default status as of the date you were evaluated (i.e., underwritten) for modification. At the time of evaluation:<br>• If you did not miss any payments, or less than two payments were due and unpaid by the end of the month in which they were due, and you suffered a verified financial hardship, you were considered to be in "imminent default." In this situation, the value in this field is **Y**. |

| | |
|---|---|
| | • If two or more payments were due and unpaid by the end of the month in which they were due, the value in this field is **N** and imminent default does not apply. |
| 11. Investor Code | This code identifies the owner of the mortgage you are requesting to modify.<br><br>1. Freddie Mac<br>2. Fannie Mae<br>3. Owned by Wells Fargo or an affiliated company<br>4. Owned by a private investor other than Wells Fargo<br>5. Ginnie Mae |
| 12. Unpaid Principal Balance at Origination | This is the amount of the mortgage you are requesting to modify at the time it was originated (i.e., the amount you borrowed). |
| 13. First Payment Date at Origination | This is the date the first payment on the mortgage you are requesting to modify was due after it was originated. |
| 14. Product Before Modification | This identifies the type of mortgage you held prior to your most recent application for modification:<br><br>1. Adjustable Rate Mortgage (ARM) and/or Interest Only mortgage loan<br>2. Fixed Rate<br>3. Step Rate<br>4. One Step Variable<br>5. Two Step Variable<br>6. Three Step Variable<br>7. Four Step Variable<br>8. Five Step Variable<br>9. Six Step Variable<br>10. Seven Step Variable<br>11. Eight Step Variable<br>12. Nine Step Variable<br>13. Ten Step Variable<br>14. Eleven Step Variable<br>15. Twelve Step Variable<br>16. Thirteen Step Variable<br>17. Fourteen Step Variable |
| 15. Adjustable Rate Mortgage (ARM) Reset Date | This is the date the next Adjustable Rate Mortgage (ARM) reset was due to occur, as of the Data Collection Date (Field 9). This field applies only if the type of mortgage you held prior to your most recent application for modification was an ARM loan. If you did not have an ARM loan, this field will be blank. |
| 16. Next Adjustable Rate Mortgage (ARM) Reset Rate | This is the interest rate your mortgage was expected to change to, based on the next ARM reset date (Field 15). Please see your mortgage loan documentation for information on how your mortgage rate is recalculated at its reset date.<br><br>Note: If the reset date on your ARM loan is within 120 days of the Data Collection Date (Field 9), the value in this field is the expected interest rate on your mortgage at the next reset date. If the reset date on your ARM loan is more than 120 days from the Data Collection Date, the value in this field is the interest rate at the time of NPV evaluation. |

| | |
|---|---|
| 17. Unpaid Principal Balance Before Modification | This is the unpaid amount of principal (money you borrowed) on the mortgage you are requesting to modify, as of the Data Collection Date (Field 9).It does not include any unpaid interest or other amounts that you may owe. |
| 18. Interest Rate Before Modification | This is the interest rate on the mortgage you are requesting to modify, as of the Data Collection Date (Field 9). Please review your mortgage loan documentation (including any modification documentation, if previously modified) for information on the interest rate of your mortgage. |
| 19. Remaining Term(# of Payment Months Remaining) | This is the remaining number of months you have left to pay under the original term of the mortgage you are requesting to modify, as of the Data Collection Date (Field 9). Please review your mortgage loan documentation (including any modification documentation, if previously modified) for information the term of your mortgage. |
| 20. Principal and Interest Payment Before Modification | This is the amount of principal and interest you were scheduled to pay each month as of the Data Collection Date (Field 9). |
| 21. Monthly Real Estate Taxes | This is the monthly cost of your real estate taxes. If your taxes are paid annually, this amount will be 1/12''' of the annual cost. |
| 22. Monthly Hazard and Flood Insurance | This is the monthly cost of your hazard and flood insurance coverage. If your insurance is paid annually, this amount will be 1/12''' of the annual cost. |
| 23. Homeowners Association Dues/Fees | This is your monthly homeowners' or condominium association fee payments, any future monthly escrow shortages or a rent payment (if you have been displaced and are paying rent on a residence that you don't own, while seeking a modification on your primary residence). If your homeowners' or condominium association fee payments are paid annually, this will be 1/12''' of the annual cost. |
| 24. Months Past Due | This is the number of mortgage payments you would have had to make in order to make your mortgage current as of the Data Collection Date (Field 9). |
| 25. Capitalized UPB Amount | This is the capitalized unpaid principal balance amount that includes all outstanding principal, accrued interest, and escrow advances, as of the Data Collection Date (Field 9). |
| **IV. Proposed Modification Information** | |
| The fields below describe the proposed modification that was calculated by your servicer according to the program guidelines (subject to investor restrictions) that were used in your Net Present Value (NPV) evaluation. | |
| 26. Unpaid Principal Balance of the Proposed Modification (Net of Forbearance & Principal Reduction) | This is the beginning principal balance on which you would have been required to pay interest, if you had received a modification. It is likely to be different than your current principal balance because it includes amounts you owe for missed mortgage payments and unpaid expenses that are allowed to be added (capitalized) to your principal balance. Also, it may be reduced by proposed principal forbearance (Field 30) or proposed principal forgiveness (Field 31). |
| 27. Interest Rate of the Proposed Modification | This is the starting interest rate of the proposed modified mortgage. This rate is fixed for at least the first 5 years after the |

| | modification. |
|---|---|
| 28. Amortization Term of the Proposed Modification | This is the number of months left to pay on the proposed modified mortgage. |
| 29. Principal and Interest Payment of the Proposed Modification | This is the amount of the monthly principal and interest payment on the proposed modified mortgage. |
| 30. Principal Forbearance Amount of the Proposed Modification | This is the amount of principal your investor was willing to forbear on the proposed modified mortgage. You would have still owed this amount, but you would not have been charged interest on it and no payments would have been due on this amount until you paid off your mortgage. |
| 31. Principal Forgiveness Amount of the Proposed Modification | This is the amount of principal your investor was willing to forgive under the proposed modified mortgage. |

# Net Present Value (NPV) Input Data Values

|    | Input Data Field | Customer Data |
|----|------------------|---------------|
| 1  | Current Borrower Credit Score | 682 |
| 2  | Current Co-Borrower Credit Score | N/A |
| 3  | Monthly Gross Income | $9,718.00 |
| 4  | Property - State | NY |
| 5  | Property - Zip Code | 10530 |
| 6  | Property Value | $560,000.00 |
| 7  | Property Valuation Type | 2 |
| 8  | Occupancy | 1 |
| 9  | Data Collection Date | May 22, 2018 |
| 10 | Imminent Default Flag | False |
| 11 | Investor Code | 4 |
| 12 | Unpaid Principal Balance at Origination | $568,000.00 |
| 13 | First Payment Date at Origination | November 01, 2006 |
| 14 | Product Before Modification | ARM |
| 15 | Adjustable Rate Mortgage (ARM) Reset Date | October 01, 2018 |
| 16 | Next Adjustable Rate Mortgage (ARM) Reset Rate | 6.825% |
| 17 | Unpaid Principal Balance Before Modification | $566,381.71 |
| 18 | Interest Rate Before Modification | 6.825% |
| 19 | Remaining Term (# of Payment Months Remaining) | 221 |
| 20 | Principal and Interest Payment Before Modification | $3,457.89 |
| 21 | Monthly Real Estate Taxes | $1,215.93 |
| 22 | Monthly Hazard and Flood Insurance | $195.25 |
| 23 | Homeowners Association Dues/Fees | $0.00 |
| 24 | Months Past Due | 131 |
| 25 | Capitalized UPB Amount | N/A |
| 26 | Unpaid Principal Balance of the Proposed Modification (Net of Forbearance & Principal Reduction) | $566,381.71 |
| 27 | Interest Rate of the Proposed Modification | 2.625% |
| 28 | Amortization Term of the Proposed Modification | 360 |
| 29 | Principal and Interest Payment of the Proposed Modification | $2,274.88 |
| 30 | Principal Forbearance Amount of the Proposed Modification | $234,476.29 |
| 31 | Principal Forgiveness Amount of the Proposed Modification | $0.00 |

*NOTE: A proxy score of 557 may be used if a credit bureau score is unavailable. A minimum score of 250 will be used if the credit bureau score received from the credit bureau agency is below 250.

CERTIFIED MAIL

7017 3040 0000 3760 6631

NEOPOST 05/91/2018
US POSTAGE $004.87⁰
ZIP 14221
041M11283880

GROSS POLOWY LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

Linda M. Tirelli
Tirelli and Wallshein
Westchester Financial Center
50 Main Street
Suite 405
White Plains, NY 10606

16-004050 Biccanis

1. USPS package #70173040000037606631
   www.usps.com

# Delivered: Mon, Jun 4, 01:48 PM

Package current status Delivered

Processed In transit Delivered

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Jun 4 | 1:48 PM | White Plains, NY, United States | Delivered, front desk/reception |
| Jun 4 | 12:00 AM | | In transit to next facility |
| Jun 3 | 12:53 AM | White Plains Ny Distribution Center | Departed USPS regional facility |
| Jun 2 | 8:45 AM | White Plains Ny Distribution Center | Arrived at USPS regional facility |
| Jun 1 | 12:00 AM | | In transit to next facility |

Data from usps.com