UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

In Re:

Justo Reyes

Debtor

Case No.: 16-22556-rdd
(Chapter 13)

Assigned to:
Hon. Robert D. Drain
Bankruptcy Judge

STATE OF NEW YORK        )
COUNTY OF ERIE           ) SS:
CITY OF BUFFALO          )

Amanda Fox-Schurkus, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of Lancaster, New York.

That on December 7, 2018, deponent served the within Affidavit of Service by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

Justo Reyes                      Debtor
90 Lakeview Ave
Hartsdale, NY 10530

Linda M. Tirelli                 Debtor Attorney
50 Main Street, Suite 405, Suite 405
White Plains, NY 10606

Jeffrey L. Sapir                 Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

Linda A. Riffkin, Esq.           U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Amanda Fox-Schurkus

Sworn to before me this 7th day
Of December, 2018

Elizabeth C. Gluszek
Notary Public

ELIZABETH C. GLUSZEK
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires December 22, 2021