# Tirelli & Wallshein, LLP

| | |
|---|---|
| Westchester Financial Center | 115 Broad Hollow Road |
| 50 MAIN STREET, SUITE 405 | SUITE 350 |
| WHITE PLAINS, NEW YORK 10606 | MELVILLE, NY 11747 |
| PHONE (914)732-3222 | (631)824-6555 |

Linda M. Tirelli*
Charles H. Wallshein**

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Admitted NY, USDC EDNY

December 10, 2018

Hon. Robert D. Drain
United States Bankruptcy Court – SDNY
300 Quarropas Street
White Plains, NY 10601

**Re.: Justo Reyes Chapter 13 Debtor**
**S.D.N.Y. Case No.: 16-22556**

Dear Judge Drain:

Please be advised this law office represents Debtor, **Justo Reyes**, in regards to the filing of a Chapter 13 bankruptcy.

On consent of all parties, all matters scheduled for December 12, 2018 are adjourned to **March 13, 2019 at 10:00 AM.** This adjournment has been made with permission from Mr. Arturo Tavarez of your Honor's Chambers.

Thank you for your kind attention to this matter.  Please do not hesitate to contact this office should you have any questions or concerns.

Very truly yours,
/s/ Melissa Showers
Melissa Showers
Legal Assistant

CC: Krista M. Preuss