UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                               Case No.: 16-22556-shl

Justo Reyes,                                    Chapter: 13

                                       Debtor(s).

-------------------------------------------------------------x

<u>Notice of Withdrawal</u>

NOTICE OF WITHDRAWAL PLEASE TAKE NOTICE that consistent with the record of July 21, 2021, the undersigned counsel hereby withdraws her Application for Final Professional Fees filed on May 24, 2021 which appears as ECF Dkt No 107. Debtor's case was dismissed by court order on

*/s/ Linda M Tirelli*
_____
COUNSEL FOR THE DEBTOR AND
DEBTOR IN POSSESSION
Linda M Tirelli, Esq.
Tirelli Law Group, LLC
50 Main Street, Ste. 1265
White Plains, NY 10606
(914)732-3222

1