UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

Justo Reyes,

Debtor.

-------------------------------------------------------X

In re:

Karen Jackson,

Debtor.

-------------------------------------------------------X

In re:

Janet Berger,

Debtor.

-------------------------------------------------------X

In re:

Anastasia Cretekos,

Debtor.

-------------------------------------------------------X

In re:

Frank Occhipinti,

Debtor.

-------------------------------------------------------X

In re:

Richard Graham Watson,

Debtor.

-------------------------------------------------------X

In re:

Douglas Kramer,

Debtor.

-------------------------------------------------------X

Chapter 13

Case No. 16-22556 (SHL)

Chapter 13

Case No. 16-23514 (SHL)

Chapter 13

Case No. 17-22921 (SHL)

Chapter 13

Case No. 18-22239 (SHL)

Chapter 13

Case No. 18-22690 (SHL)

Chapter 13

Case No. 18-22923 (SHL)

Chapter 13

Case No. 18-22940 (SHL)

-------------------------------------------------X
In re:

Charmaine J. Brown,

Debtor.

-------------------------------------------------X
In re:

Janice K. Desmond,

Debtor.

-------------------------------------------------X
In re:

Suzanne M. Faupel,

Debtor.

-------------------------------------------------X
In re:

Christopher Rocco Gizzo,

Debtor.

-------------------------------------------------X
In re:

John Kolkowski,

Debtor.

-------------------------------------------------X
In re:

Catherine R. Pelle,

Debtor.

-------------------------------------------------X
In re:

David Daniel Akerib,

Debtor.

-------------------------------------------------X

Chapter 13

Case No. 18-23036 (SHL)

Chapter 13

Case No. 18-23750 (SHL)

Chapter 13

Case No. 19-22007 (SHL)

Chapter 13

Case No. 19-22051 (SHL)

Chapter 13

Case No. 19-22172 (SHL)

Chapter 13

Case No. 19-22229 (SHL)

Chapter 13

Case No. 19-22276 (SHL)

---------------------------------------------------X
In re:

Sarah Frankel,

Debtor.
---------------------------------------------------X
In re:

Malka Farkas,

Debtor.
---------------------------------------------------X
In re:

Blossom Joyce Consingh,

Debtor.
---------------------------------------------------X

Chapter 13

Case No. 19-22281 (SHL)

Chapter 13

Case No. 19-22520 (SHL)

Chapter 13

Case No. 19-23034 (SHL)

**STATEMENT IN COMPLIANCE WITH SCHEDULING ORDER DATED JULY 2, 2021**

NOW HERE COMES, Linda Tirelli, Esq., Debtor's Counsel to all above named Chapter 13 Debtors, to fulfill the requirements of the Court's scheduling order dated July 2, 2021 to provide a "comprehensive list of all pending Chapter 13 cases in which the Chapter 13 Plan provides for the escrow of post-petition mortgage payments with Ms. Tirelli or her law firm, inclusive of cases filed in White Plains, Poughkeepsie and Manhattan" and hereby provides the entire list as follows:

1. Janice K. Desmond, Case No. 18-23750 (SHL)

DATED: August 4, 2021

By: /S/ LINDA M TIRELLI
Linda M Tirelli, Esq.
Debtors' Counsel
50 Main Street, Suite 1265
White Plains, NY 10606
Phone: (914)732-3222