# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS

September 1, 2021

Hon. Sean H. Lane
United Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:** **In re *Justo Reyes* Case No. 16-22556 / Adv. Pro. 19-08248 (SHL)**
**Status Report**

Dear Honorable Judge Lane,

Please be advised that this firm represented Mr. Justo Reyes, in all matters pertaining to his now dismissed chapter 13 bankruptcy case.

This case was dismissed by Order of this Court on August 11, 2021 at ECF Dkt. No. 135. The prior pending fee application was withdrawn on the record at the hearing held on July 21, 2021 and on the docket at ECF Dkt. No. 131. In light of same, the undersigned considers the Trustee's pending application to re-ague moot. To the extent that the Court wishes to continue with a hearing on September 8, 2021, a statement in opposition will be submitted by this office.

Please be further advised that as per NDC, the Trustee has already distributed the funds held by her.

Thank you for your time and attention to this matter I remain

                        Very truly yours,

                        __/s/ Linda M Tirelli___
                        Linda M Tirelli, Esq.
                        Debtor's Counsel

cc:
Krista Preuss, *via ECF*