# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*
Victoria Lehning**
Irina Lust ***
Todd Cushner ***
Alfred Hatem***

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Senior Associate Admitted NY, USDC SDNY, EDNY, NDNY and SCOTUS
*** Of Counsel

September 20, 2021

To all parties on the attached service list:

>Re: Order to Show Cause
>Justo Reyes Case No. 16-22556 (SHL)
>Karen Jackson Case No. 16-23514 (SHL)
>Janet Berger Case No. 17-22921 (SHL)
>Anastasia Cretekos Case No. 18-22239 (SHL)
>Frank Occhipinti Case No. 18-22690 (SHL)
>Richard Graham Watson Case No. 18-22923 (SHL)
>Douglas Kramer Case No. 18-22940 (SHL)
>Charmaine J. Brown Case No. 18-23036 (SHL)
>Janice K. Desmond Case No. 18-23750 (SHL)
>Suzanne M. Faupel Case No. 19-22007 (SHL)
>Christopher Rocco Gizzo Case No. 19-22051 (SHL)
>John Kolkowski Case No. 19-22172 (SHL)
>Catherine R. Pelle Case No. 19-22229 (SHL)
>David Daniel Akerib Case No. 19-22276 (SHL)
>Sarah Frankel Case No. 19-22281 (SHL)
>Malka Farkas Case No. 19-22520 (SHL)
>Blossom Joyce Consingh Case No. 19-23034 (SHL)

Dear Sir or Madam:

This office filed a Response to the Order to Show Cause on the docket in the case of In re Justo Reyes, Case No. 16-11556 at ECF Dkt. No. 139. A complete copy of the 600 page response is available on PACER by following this link:

https://ecf.nysb.uscourts.gov/doc1/126021801459

Please feel free to contact this office should you have any questions.

>Cordially,
>
>*/s/ Victoria Reilly Lehning*
>Victoria Reilly Lehning, Esq.