UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---------------------------------------------------------x

In re                                                    **Case No. 16-22556 (shl)**
Justo Reyes

                                                         **Chapter 13**

                        Debtors.

---------------------------------------------------------x

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellants

1. Name(s) of the appellant(s):  Justo Reyes

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.          For appeals in a bankruptcy case and not in an
                                                 adversary proceeding.

☐ Plaintiff                                      • Debtor
☐ Defendant                                      ☐ Creditor
☐ Other (describe)                               ☐ Trustee
                                                 ☐ Other (describe)

### Part 2:  Identify the subject of the appeal

1. Describe the judgment, order or decree appealed from: Appellant is appealing from an
   Order granting Motion to Reargue

2. State the date on which the judgment, order or decree was entered:  October 6, 2021

### Part 3:  Identify the other parties to the appeal

List the names of all the parties to the judgment, order or decree appealed from and the names,
addresses and telephone numbers of their attorneys:

1. Party:  Appellant Justo Reyes          Attorney:  Tirelli Law Group, LLC
                                                      Linda M. Tirelli, Esq.
                                                      Victoria Reilly Lehning, Esq.
                                                      50 Main Street, Suite 1265
                                                      White Plains, NY 10606
                                                      (914) 732-3222
                                                       LTirelli@TirelliLawGroup,com

2. Party: Krista Preuss, Standing Chapter
   13 Trustee

Attorney: Krista Preuss, Ch 13 Trustee
Dennis Jose, Esq., staff attorney
399 Knollwood Road
White Plains, New York 10603
(914) 328-6333

**Part 4: Optional election to have appeal heard by District Court (applicable only n certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158 (c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the Appeal.

☐ Appellant(s) elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____

Linda M. Tirelli, Esq.

Date: October 19, 2021

Tirelli Law Group, LLP
50 Main Street, Suite 1265
White Plains, New York 10606
(914) 732-3222
LTirelli@TirelliLawGroup.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required